PHILLIP A. TALBERT
United States Attorney
DEBORAH LEE STACHEL, CSBN 230138
Regional Chief Counsel, Region IX
Social Security Administration
DONNA W. ANDERSON, PSBN 46355
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, CA 94105-1545
    Telephone: (415) 977-8943
    Facsimile: (415) 744-0134

    E-mail: Donna.W.Anderson@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

| | |
|---|---|
| ROBERTO ALVARADO, | Case No. 1:17-cv-00526-EPG |
| Plaintiff, | |
| v. | STIPULATION AND ORDER FOR AN EXTENSION OF TIME |
| NANCY A. BERRYHILL, Commissioner of Social Security, | |
| Defendant. | |

IT IS STIPULATED, by and between the parties, through their respective counsel of record, that the time for Defendant to respond to Plaintiff's Confidential Letter Brief be extended until December 13, 2017. This is Defendant's first request for an extension of time to respond. Defense counsel requires additional time to fully review the administrative record and consider the government's position due a

1

recent relocation and schedule conflicts.  Plaintiff's counsel does not object and agrees that all subsequent deadlines should be accordingly extended.

                                  Respectfully submitted,

Date:  November 13, 2017    By:   */s/ Kelsey Brown\**
                                                  KELSEY BROWN
                                                  Attorney for Plaintiff
                                                  (\*By e-mail authorization on 11/13/17)

Dated: November 13, 2017        PHILLIP A. TALBERT
                                                  United States Attorney
                                                  DEBORAH LEE STACHEL
                                                  Regional Chief Counsel, Region IX
                                                  Social Security Administration

                                       By:   */s/ Donna W. Anderson*
                                                  DONNA W. ANDERSON
                                                  Special Assistant United States Attorney
                                                  Attorneys for Defendant

## ORDER

Pursuant to the parties' stipulation, the time for Defendant to respond to Plaintiff's Confidential Letter Brief is extended to December 13, 2017. All other deadlines in the Court's scheduling order are extended accordingly.

IT IS SO ORDERED.

Dated: **November 15, 2017**        /s/ *Eric P. Gross*
                                    UNITED STATES MAGISTRATE JUDGE