McGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL, CSBN 230138
Regional Chief Counsel, Region IX
Social Security Administration
DONNA W. ANDERSON, PSBN 46355
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, CA 94105-1545
    Telephone: (415) 977-8930
    Facsimile: (415) 744-0134
    E-mail: Donna.W.Anderson@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

| | |
|---|---|
| ROBERTO ALVARADO, ) | Case No. 1:17-cv-00526-EPG |
| ) | |
| Plaintiff, ) | |
| ) | STIPULATION AND ORDER FOR |
| v. ) | AN EXTENSION OF TIME |
| ) | |
| NANCY A. BERRYHILL, ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

IT IS STIPULATED, by and between the parties, through their respective counsel of record, that the time for Defendant to respond to Plaintiff's Confidential Letter Brief be extended until January 24, 2018. This is Defendant's second request for an extension of time to respond. Defense counsel requires additional time to fully review the administrative record and consider the government's position due a

mix-up with another Eastern District case with the same last name, before the same judge, and a similar case number (Case No. 1:17-cv-00662-EPG).  Plaintiff's counsel does not object and agrees that all subsequent deadlines should be accordingly extended.

Respectfully submitted,

Date:  January 10, 2018        By:    */s/ Kelsey Brown*_____
KELSEY BROWN
Attorney for Plaintiff
(*By e-mail authorization on 01/10/18)


Dated: January 10, 2018        McGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration

                              By:   */s/ Donna W. Anderson*
DONNA W. ANDERSON
Special Assistant United States Attorney
Attorneys for Defendant

# ORDER

Pursuant to the parties' stipulation, the time for Defendant to respond to Plaintiff's Confidential Letter Brief is extended until January 24, 2018 and all other deadlines in the scheduling order are extended accordingly.

IT IS SO ORDERED.

Dated: **January 11, 2018**

/s/ *Ericc P. Groig*
UNITED STATES MAGISTRATE JUDGE