# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# FRESNO DIVISION

| | |
|---|---|
| ROBERTO ALVARADO, | Case No. 1:17-cv-00526-EPG |
| Plaintiff, | **ORDER OF REMAND** |
| v. | (ECF no. 17) |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | |
| Defendant. | |

Based upon the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand" ECF No. 17), and for cause shown, **IT IS ORDERED** that the above-captioned action be remanded to the Commissioner of Social Security for further proceedings consistent with the terms of the Stipulation to Remand.

IT IS SO ORDERED.

Dated: **January 16, 2018**

/s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE

-1-